UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROVIDERS TEK, PLLC a Michigan Professional Limited Liability Company,

    Plaintiff,

v.

GREENWAY HEALTHGREENWAY HEALTH, LLC, a Foreign Limited Liability Company,

    Defendant.

_____/

CIVIL ACTION

Case No.

## PLAINTIFF'S COMPLAINT

Plaintiff PROVIDERS TEK, PLLC hereby files its Complaint against Defendant GREENWAY HEALTH, LLC, and states as follows:

### PARTIES, JURISDICTION, & VENUE

1. Plaintiff Providers Tek, PLLC is a Michigan Professional Limited Liability Company organized under the laws of the State of Michigan and operates and conducts its principal place of business in the State of Michigan.

2. Defendant Greenway Health, LLC is a Foreign Limited Liability Company that is authorized to operate and conduct business in the State of Florida, and with its principal place of business in Tampa, Hillsborough County, Florida.

1

3. This Federal District Court has Personal Jurisdiction over the Defendant as Defendant has expressly consented to this Court's jurisdiction pursuant to its contract with Plaintiff, which is attached hereto as **Exhibit A**.

4. This Federal District Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 as the amount in controversy in this matter exceeds $75,000.00, exclusive of interest and costs, and there is complete diversity of citizenship between Plaintiffs and Defendant.

5. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b), 1391(c), and 1391(d) as the Defendant resides in this judicial district.

## FACTUAL ALLEGATIONS

6. Plaintiff Providers Tek, PLLC ("Providers Tek") operates and conducts business in the State of Michigan in which it provides physical medicine and rehabilitation services to its patients.

7. Defendant Greenway Health, LLC ("Greenway") is an electronic health records (EHR), practice management, and revenue cycle management solutions provider that provides medical billing services to medical practices.

8. Greenway, by and through its sales representative Max Evans, made several representations to Providers Tek as to Greenway's medical billing services including, but not limited to: (1) Greenway being qualified in providing medical billing services; (2) Greenway being capable in increasing Providers Tek's revenue-per-encounter of $70/encounter to $175/encounter; and (3) that

Greenway ensures that all claim submissions are made within twenty-four (24) hours of Greenway's receipt of such claims.

9. Greenway, by and through its website and other marketing material, made representations that Greenway is qualified in providing medical billing services and that Greenway's medical billing services improve revenue capture across the entire practice. See **Exhibit B.**

10. Relying on the foregoing representations, Providers Tek entered into a Master Agreement and Amendment (collectively, the "Agreement") with Greenway on or around January 21, 2022, whereby Greenway would provide medical billing services (the "Services") for Providers Tek's practice in exchange for Provider Tek's payment for the Services. See **Exhibit A.**

11. Accordingly, Greenway undertook the Services for Providers Tek beginning on or around April 15, 2022.

12. Since Greenway's commencement of its Services under the Agreement, Providers Tek recognized a significant decrease in billing collections.

13. More specifically, Providers Tek has recognized a decrease of approximately One Hundred Sixty-Eight Thousand ($168,000.00) Dollars in average collections per month since Greenway's commencement of the Services in April 2022.

14. Providers Tek discovered several deficient billing practices concerning Greenway's methods in carrying out the Services.

15. For example, Providers Tek revealed Greenway has caused severe delays in the submission of medical claim submissions, many of which having been submitted as late as ninety (90) days after Providers Tek's services on its patients.

16. Providers Tek also recognized an extremely high and unusual rate of billing rejections of approximately seventeen percent (17%) since Greenway undertook the Services.

17. Greenway has failed to notify Providers Tek of these rejections on many occasions while unsuccessfully attempting to re-submit them. This has caused Providers Tek to expend considerable time and resources to recover these rejected billings.

18. Upon information and belief, Greenway has also outsourced billing responsibilities to employees overseas with little to no experience with medical billing practices and methods.

19. On countless occasions, Providers Tek has notified Greenway of the foregoing identified issues to no resolve.

20. In light of the foregoing, Providers Tek retained AltuMED, a medical billing provider, to investigate Greenway's billing practices and methods. An investigation report was prepared by AltuMED. See **Exhibit C.**

21. Therein, AltuMED discovered, *inter alia,* the following: (1) Providers Tek's average charge lag time from the date services were rendered was thirteen (13) days though, according to industry standards, average charge lag time should

not exceed two (2) days; (2) Providers Tek's net collection rate was 68% despite the acceptable minimum net collection rate according to industry standards being over 90%; (3) only 52% of the submitted claims by Greenway were accepted while industry standards determine that any percentage less than 90% is deemed an underperformance.

22. In other words, AltuMED's investigation affirmed Providers Tek's suspicion concerning Greenway's inadequate and unprofessional billing practices.

23. Accordingly, Greenway's failure to properly handle Providers Tek's medical billing in addition to Greenway's deceit has caused Providers Tek to suffer damages which include but are not limited to: (1) lost and unrecovered profits in the hundreds of thousands of dollars; (2) costs and expenses associated with the substantial attempts to rectify Greenway's medical billing practices; and (3) costs and attorneys' fees in connection with this lawsuit. As such, Plaintiff's damages are ongoing and are being accrued daily.

## COUNT I
## BREACH OF CONTRACT

24. Providers Tek hereby re-alleges and incorporates paragraphs 1-23 by reference as though fully restated herein.

25. As indicated above, Providers Tek and Greenway had an agreement whereby Greenway would provide medical billing services for Providers Tek's practice in exchange for Providers Tek's payment for such services (the "Contract").

26. The Contract is valid, binding, and enforceable.

27. Plaintiffs continuously performed their obligations under the Contract by timely furnishing all monthly payments for the Services as required by the Contract.

28. On the other hand, Greenway materially breached the Contract by providing deficient and sub-standard medical billing services and by failing to rectify the deficiencies described in this Complaint.

29. Greenway also materially breached the Contract by failing carry out its obligations under the Contract in a good, skilled, and workmanlike manner.

30. Greenway's material breach of the contract is the actual and proximate cause of Providers Tek's damages which include, but are not limited to, financial damages in the hundreds of thousands of dollars, costs expended to attempt to rectify Greenway's atrocious medical billing practices, and costs and attorneys' fees in connection with this lawsuit.

31. Greenway's material breach of the contract is the actually and proximate cause of Providers Tek's damages being accrued daily.

WHEREFORE, Plaintiff Providers Tek, PLLC respectfully requests that this Honorable Court enter judgment against Greenway Health, LLC for an amount greater than $75,000.00 plus all costs and attorney fees so wrongfully incurred in having to bring this lawsuit.

## COUNT II
## UNJUST ENRICHMENT

32. Providers Tek hereby re-alleges and incorporates paragraphs 1-23 by reference as though fully restated herein.

6

33. As established above, Providers Tek furnished monthly payments to Greenway for Greenway to perform medical billing services for Providers Tek's medical practice.

34. Greenway voluntarily accepted and retained the benefit of the value of the monthly payments, thus appreciating the benefit bestowed by Providers Tek.

35. Though, despite Providers Tek's payment to Greenway to perform the medical billing services, Greenway absolutely failed to perform such services in a qualified manner and, if not addressed by Providers Tek, nearly directed Providers Tek into a state of insolvency.

36. Furthermore, Greenway has failed to cure its defective work despite being provided countless correspondences by Providers Tek notifying Greenway of the unreliability of its billing practices which include, but are not limited to, severe delays in claim submissions, unusually high rate of claim rejections, and losses of more than One Hundred Thousand Dollars in average claim collections per month.

37. Upon information and belief, Greenway had knowledge of its unreliable billing practices prior to Provider Tek's correspondences as Greenway failed to notify Providers Tek of many billing rejections while unsuccessfully attempting to re-submit them.

38. Upon information and belief, Greenway intentionally concealed the denied claim submissions from Providers Tek in efforts to rectify the errors without Providers Tek's detection.

39. More specifically, Greenway had knowledge that its erratic billing practices, if gone unnoticed, would lead Providers Tek to a state of insolvency.

40. An inequity has thus resulted as Greenway retained the benefit of the monthly payments provided without adequately performing medical billing services to Providers Tek's detriment.

41. As a direct and proximate result of Greenway's actions, Providers Tek suffered damages and Greenway has been unjustly enriched.

WHEREFORE, Plaintiff Providers Tek, PLLC respectfully requests that this Honorable Court enter judgment against Greenway Health, LLC for an amount greater than $75,000.00 plus all costs and attorney fees so wrongfully incurred in having to bring this lawsuit.

## COUNT III
## FRAUDULENT MISREPRESENTATION

42. Providers Tek hereby re-alleges and incorporates paragraphs 1-23 by reference as though fully restated herein.

43. Prior to entering into the Agreement, Greenway, by and through its sales representative Max Evans, made several representations to Providers Tek as to Greenway's medical billing services including, but not limited to:

    a. Greenway being qualified in providing medical billing services;

    b. Greenway being capable in increasing Providers Tek's revenue-per-encounter of $70/encounter to $175/encounter; and

    c. that Greenway ensures that all claim submissions are made within twenty-four (24) hours of Greenway's receipt of such claims.

44. Greenway, by and through its website and other marketing material, made representations that Greenway is qualified in providing medical billing services and that Greenway's medical billing services improve revenue capture across the entire practice.

45. The foregoing material representations were evidently false.

46. Greenway knew the foregoing representations were false when they were made.

47. Greenway intended to deceive Providers Tek and intended that Providers Tek rely upon Greenway's representations.

48. Providers Tek did, in fact, rely upon Greenway's misrepresentations to its detriment.

49. As a direct and proximate result of Greenway's misrepresentations, Providers Tek suffered substantial damages and Greenway benefitted from such misrepresentations by accepting the monthly payments Providers Tek provided.

WHEREFORE, Plaintiff Providers Tek, PLLC respectfully requests that this Honorable Court enter judgment against Greenway Health, LLC for an amount greater than $75,000.00 plus all costs and attorney fees so wrongfully incurred in having to bring this lawsuit.

## COUNT IV
## NEGLIGENT MISREPRESENTATION

9

50. Providers Tek hereby re-alleges and incorporates paragraphs 1-23 by reference as though fully restated herein.

51. Prior to entering into the Agreement, Greenway, by and through its sales representative Max Evans, made several representations to Providers Tek as to Greenway's medical billing services including, but not limited to:

    a. Greenway being qualified in providing medical billing services;

    b. Greenway being capable in increasing Providers Tek's revenue-per-encounter of $70/encounter to $175/encounter; and

    c. that Greenway ensures that all claim submissions are made within twenty-four (24) hours of Greenway's receipt of such claims.

52. Greenway, by and through its website and other marketing material, made representations that Greenway is qualified in providing medical billing services and that Greenway's medical billing services improve revenue capture across the entire practice.

53. The foregoing material representations were evidently false.

54. Greenway made the foregoing representations recklessly with lack of knowledge regarding their truth.

55. Alternatively, Greenway had reasonable grounds to have known of the falsity of the representations.

56. Greenway intended to deceive Providers Tek and intended that Providers Tek rely upon Greenway's representations.

57. Providers Tek did, in fact, rely upon Greenway's misrepresentations to its detriment.

58. As a direct and proximate result of Greenway's misrepresentations, Providers Tek suffered substantial damages and Greenway benefitted from such misrepresentations by accepting the monthly payments Providers Tek provided.

WHEREFORE, Plaintiff Providers Tek, PLLC respectfully requests that this Honorable Court enter judgment against Greenway Health, LLC for an amount greater than $75,000.00 plus all costs and attorney fees so wrongfully incurred in having to bring this lawsuit.

## COUNT V
## FRAUDULENT CONCEALMENT

59. Providers Tek hereby re-alleges and incorporates paragraphs 1-23 by reference as though fully restated herein.

60. Prior to entering into the Agreement, Greenway, by and through its sales representative Max Evans, made several representations to Providers Tek as to Greenway's medical billing services including, but not limited to:

    d. Greenway being qualified in providing medical billing services;

    e. Greenway being capable in increasing Providers Tek's revenue-per-encounter of $70/encounter to $175/encounter; and

    f. that Greenway ensures that all claim submissions are made within twenty-four (24) hours of Greenway's receipt of such claims.

61. Greenway, by and through its website and other marketing material, made representations that Greenway is qualified in providing medical billing services and that Greenway's medical billing services improve revenue capture across the entire practice.

62. Greenway did not disclose that they were unqualified in providing medical billing services before entering into the Contract.

63. Greenway also did not disclose that its medical billing practices were not up to industry standards.

64. Greenway did not disclose that it was incapable of increasing Providers Tek's average revenue per encounter by a 2.5x multiple as it had represented.

65. Greenway failed to disclose to Providers Tek the extremely high rate of billing rejections as Greenway had unsuccessfully attempted to re-submit them without Providers Tek's detection.

66. Greenway knew or should have known that the foregoing facts should have been disclosed.

67. Greenway knew that concealment of the foregoing facts would induce Providers Tek to enter into the Agreement with Greenway as Providers Tek was actively searching for a medical biller for its practice and increase its revenue collections per encounter.

68. Greenway had a legal and/or equitable duty to disclose such material facts prior to entering into the Contract with Providers Tek.

69. Accordingly, Providers Tek relied upon Greenway's omission and misinformation to its detriment.

70. Providers Tek suffered substantial damages as a direct and proximate result of Greenway's omissions, and Greenway benefitted from such misrepresentations by accepting the monthly payments Providers Tek provided.

WHEREFORE, Plaintiff Providers Tek, PLLC respectfully requests that this Honorable Court enter judgment against Greenway Health, LLC for an amount greater than $75,000.00 plus all costs and attorney fees so wrongfully incurred in having to bring this lawsuit.

## COUNT VI
## NEGLIGENCE

71. Providers Tek hereby re-alleges and incorporates paragraphs 1-23 by reference as though fully restated herein.

72. Greenway owed many duties to Providers Tek including (1) the fiduciary duties of care and loyalty; (2) the duty to conduct business in good faith and in the best interests of Providers Tek; and (3) duty to conduct reasonable diligence as to the quality, reliability, and trustworthiness of Greenway's medical billing practices.

73. Providers Tek provided countless correspondences to Greenway notifying them of the unreliability of Greenway's billing practices.

74. More specifically, Providers Tek notified Greenway that Providers Tek recognized a decrease of approximately One Hundred Sixty-Eight Thousand

($168,000.00) Dollars in average collections per month since Greenway's commencement of the Services in April 2022.

75. Providers Tek also notified Greenway several times regarding severe delays in Greenway's submission of medical claims and the extremely high and unusual rate of billing rejections Providers Tek has been subject to.

76. Accordingly, Providers Tek's correspondences establish Greenway's knowledge and awareness of the imminent financial danger it subjected Providers Tek to.

77. Upon information and belief, Greenway had knowledge of its unreliable billing practices prior to Provider Tek's correspondences as Greenway failed to notify Providers Tek of many billing rejections while unsuccessfully attempting to re-submit them.

78. Upon information and belief, Greenway intentionally concealed the denied claim submissions from Providers Tek in efforts to rectify the errors without Providers Tek's detection.

79. Greenway had knowledge that its unreliable billing practices was amounting to an imminent and clear danger to Providers Tek more than the normal and usual peril.

80. More specifically, Greenway had knowledge that its erratic billing practices, if gone unnoticed, would lead Providers Tek to a state of insolvency.

81. Despite Greenway's knowledge of such consequences, Greenway outsourced billing responsibilities to employees overseas with little to no experience with

14

medical billing practices and methods. These responsibilities were outsourced without notice to Providers Tek.

82. Greenway's decision to actively conceal such facts demonstrates Greenway's conscious disregard of the consequences to Providers Tek.

83. Greenway's utter and complete failure to adjust its medical billing practices despite the numerous correspondences received from Providers Tek demonstrates Greenway's conscious disregard of the consequences to Providers Tek.

84. Greenway's decision to outsource billing responsibilities to employees overseas with little to no experience with medical billing practices further demonstrates Greenway's conscious disregard of the consequences to Providers Tek.

85. Greenway breached their above-described duties by: (1) failing to act in Providers Tek's best interests relating to the Agreement; (2) failing to discharge its obligations pursuant to the Agreement with the degree of skill or care that a reasonably prudent person would exercise; (3) failing to rectify defective medical billing services even after receiving multiple correspondences from Providers Tek; (4) compromising service quality by outsourcing billing responsibilities to employees with little to no experience with medical billing practices; (5) actively concealing claim submission rejections from Providers Tek; and (6) failing to carry out its obligations under the Agreement in good faith.

86. As a direct and proximate result of Greenway's breach of its duties, Providers Tek suffered substantial damages including but not limited to (1) lost and unrecovered profits in the hundreds of thousands of dollars; (2) costs and expenses associated with the substantial attempts to rectify Greenway's medical billing practices; and (3) costs and attorneys' fees in connection with this lawsuit.

87. As a direct and proximate result of Greenway's breach of its duties, Providers Tek's damages are ongoing and are being accrued daily.

88. Greenway is therefore negligent and remains liable to Providers Tek for the substantial damages it has caused Providers Tek.

WHEREFORE, Plaintiff Providers Tek, PLLC respectfully requests that this Honorable Court enter judgment against Greenway Health, LLC for an amount greater than $75,000.00 plus all costs and attorney fees so wrongfully incurred in having to bring this lawsuit.

### COUNT VII
### GROSS NEGLIGENCE

89. Providers Tek hereby re-alleges and incorporates paragraphs 1-23 by reference as though fully restated herein.

90. Providers Tek provided countless correspondences to Greenway notifying them of the unreliability of Greenway's billing practices.

91. More specifically, Providers Tek notified Greenway that Providers Tek recognized a decrease of approximately One Hundred Sixty-Eight Thousand

($168,000.00) Dollars in average collections per month since Greenway's commencement of the Services in April 2022.

92. Providers Tek also notified Greenway several times regarding severe delays in Greenway's submission of medical claims and the extremely high and unusual rate of billing rejections Providers Tek has been subject to.

93. Accordingly, Providers Tek's correspondences establish Greenway's knowledge and awareness of the imminent financial danger it subjected Providers Tek to.

94. Upon information and belief, Greenway had knowledge of its unreliable billing practices prior to Provider Tek's correspondences as Greenway failed to notify Providers Tek of many billing rejections while unsuccessfully attempting to re-submit them.

95. Upon information and belief, Greenway intentionally concealed the denied claim submissions from Providers Tek in efforts to rectify the errors without Providers Tek's detection.

96. Greenway had knowledge that its unreliable billing practices was amounting to an imminent and clear danger to Providers Tek more than the normal and usual peril.

97. More specifically, Greenway had knowledge that its erratic billing practices, if gone unnoticed, would lead Providers Tek to a state of insolvency.

98. Despite Greenway's knowledge of such consequences, Greenway outsourced billing responsibilities to employees overseas with little to no experience with

medical billing practices and methods. These responsibilities were outsourced without notice to Providers Tek.

99. Greenway's decision to actively conceal such facts demonstrates Greenway's conscious disregard of the consequences to Providers Tek.

100. Greenway's utter and complete failure to adjust its medical billing practices despite the numerous correspondences received from Providers Tek demonstrates Greenway's conscious disregard of the consequences to Providers Tek.

101. Greenway's decision to outsource billing responsibilities to employees overseas with little to no experience with medical billing practices further demonstrates Greenway's conscious disregard of the consequences to Providers Tek.

102. Based on the foregoing, Greenway is grossly negligent and remains liable to Providers Tek for the substantial damages it has caused Providers Tek

WHEREFORE, Plaintiff Providers Tek, PLLC respectfully requests that this Honorable Court enter judgment against Greenway Health, LLC for an amount greater than $75,000.00, plus exemplary and punitive damages, in addition to all costs and attorney fees so wrongfully incurred in having to bring this lawsuit.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Providers Tek, PLLC respectfully requests that this Honorable Court enter an Order and Judgment in its favor and against Defendant Greenway Health, LLC, in an amount greater than $168,000.00, an award of all costs

and attorneys' fees so wrongfully incurred in having to bring this lawsuit, pre- and post-judgment interest to the extent permitted by law, exemplary and punitive damages, lost profits, and any other relief that this Court finds just and equitable.

## JURY DEMAND

Plaintiff Providers Tek, PLLC demands a trial by jury on all issues so triable.

Dated: November 11, 2022

                        Respectfully Submitted:

                        */s/ Carolina Y. Blanco*
                        Carolina Y. Blanco (FBN: 98878)
                        carolina.blanco@hwhlaw.com
                        jaime.schill@hwhlaw.com
                        HILL WARD HENDERSON, P.A.
                        3700 Bank of America Plaza
                        101 E. Kennedy Boulevard
                        Tampa, FL 33602
                        Tel.:  (813) 221-3900
                        Fax:  (813) 221-2900

                        Basem M. Younis (to be admitted PHV)
                        Kassem M. Dakhlallah (to be admitted PHV)
                        HAMMOUD, DAKHLALLAH &ASSOCIATES, PLLC
                        6050 Greenfield Rd., Ste. 201
                        Dearborn, MI 48126
                        Phone: (313) 551-3038
                        Fax: 313-551-3136
                        by@hdalawgroup.com
                        kd@hdalawgroup.com
                        *Attorneys for Plaintiff*